1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

ERNEST DORSTON, *Prose Doj Victim,*

2:07-CV-1121- JCM (RJJ)

9

10

                Plaintiff,

Date:          N/A
Time:          N/A

11

v.

12

USDC JUDGE,

13

                Defendant.

14
15

**ORDER**

16          Presently before the court is defendant's motion to dismiss (Doc. # 4), filed on October 12,

17      2007.  Plaintiff filed a response (Doc. # 7) on November 13, 2007.  Defendant filed a reply (Doc. #

18      6) on November 15, 2007.

19          On August 21, 2007, plaintiff filed a complaint, titled as a "motion for assistance of public

20      interest."  (*See* Doc. # 1).  Plaintiff filed an addendum to his complaint on August 29, 2007.

21          Fed. R. Civ. P. 8(a) requires that a pleading contain "a short and plain statement of the claim

22      showing that the pleader is entitled to relief."  Although there is an obligation for courts to construe

23      pro se pleadings liberally and to afford pro se plaintiffs the benefit of any doubt, "[p]ro se litigants

24      must follow the same rules of procedure that govern other litigants."  *King v. Atiyeh*, 814 F.2d 565,

25      567 (9th Cir. 1987).

26          Plaintiff's complaint fails to allege a cognizable legal theory or sufficient facts to support the

27      same.  The court concludes that plaintiff's claims are frivolous, as they are based on fanciful factual

28

**James C. Mahan**
**U.S. District Judge**

1   allegations that appear to be delusional.  These claims will be dismissed with prejudice and without

2   leave to amend.  *See Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989); *McKeever v. Block*, 932 F.2d

3   795, 798 (9th Cir. 1991).  Accordingly,

4         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Civ. P.

5   12(b)(6) that defendant's motion to dismiss (Doc. # 4) be, and the same hereby is, GRANTED.

6         DATED this 20th day of November, 2007.

7

8   _____

9   **UNITED STATES DISTRICT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28